IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:95-CR-39-09-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TYRONE TOSSIE. | ) | |

Considering Defendant's Motion For Reconsideration [DE 237] it is hereby ORDERED, ADJUDGED, and DECREED that Defendant's Motion For Reconsideration is DENIED.

SO ORDERED.

This, the _11_ day of January, 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE